IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHIFFON BROWN**  **PLAINTIFF**

v.  Case No. 4:23-cv-01052-KGB

**HOME DEPOT, INC.**  **DEFENDANT**

**<u>ORDER</u>**

Before the Court is defendant Home Depot U.S.A., Inc.'s[1] ("Home Depot") second unopposed motion for extension of time to respond to plaintiff Chiffon Brown's complaint (Dkt. No. 9). Home Depot asserts that it was served with the complaint on November 6, 2023, and its extended time to respond to the complaint expires on December 12, 2023 (*Id*., ¶¶ 1-2). Home Depot requests an additional seven-day extension of time to answer or otherwise respond to the complaint (*Id*., ¶ 4). Counsel for Home Depot contacted counsel for Ms. Brown who represented that he does not oppose the requested extension (*Id*., ¶ 4). Accordingly, for good cause shown the Court grants Home Depot's unopposed motion for extension of time to respond to Ms. Brown's complaint (Dkt. No. 9). The deadline for Home Depot to respond to Ms. Brown's complaint is extended to, and including, December 19, 2023.

It is so ordered this 12th day of December, 2023.

Kristine G. Baker
United States District Judge

---

[1] Home Depot U.S.A., Inc. asserts that it was incorrectly named in the complaint as "Home Depot, Inc." (Dkt. No. 4).